IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH KAY MARLER, | : | CASE NO.: 6:09-1027-HFF |
| Plaintiff, | : | |
| v. | : | |
| CHRISTOPHER GREGG MARLER, JR., ANN R. MARLER, and RELIANCE STANDARD LIFE INSURANCE COMPANY | : | ORDER TO DEPOSIT FUNDS INTO COURT'S REGISTRY |
| Defendants. | : | |

Upon consideration of the parties' consent to Deposit Funds into the Registry of Court filed with this Court on June 23, 2009, it is hereby

ORDERED that $220,000 plus interest at 8.75% from July 1, 2008 until date of disbursement (representing the total amount owed under the policy) be deposited into the Registry of this Court by Reliance Standard Life Insurance Company, and shall be held by the Clerk in an interest bearing account until such time as the Court determines the correct beneficiary or beneficiaries under the policy.

Dated this 24th day of June 2009.

s/Henry F. Floyd
Presiding Judge